IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

CIVIL ACTION NO. 2:19-cv-45 (WOB-CJS)

**JAMES SUMPTER, JR.**                                                                                   **PLAINTIFF**

VS.                                                      <u>ORDER</u>

**UNITED STATES
DEPARTMENT OF EDUCATION**                                                           **DEFENDANT**

This matter is before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. 7) and no objections having been filed, and the Court being sufficiently advised,

**IT IS ORDERED** that the Report and Recommendation (Doc. 7) be, and is hereby, adopted as the findings of fact and conclusion of law of this Court; that plaintiff's Motion for Order for Issuance of Summons (Doc. 5) be, and hereby is, **denied** and this case is **dismissed without prejudice.**

This 30th day of November, 2020.



Signed By:
<u>William O. Bertelsman</u>  WOB
United States District Judge